**Order entered October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00191-CV

**BALTASAR D. CRUZ, Appellant**

**V.**

**JAMES VAN SICKLE, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09275**

## ORDER

We **GRANT** appellees' October 24, 2013 agreed motion for an extension of time to file their respective briefs. Appellees shall file their respective briefs on or before November 5, 2013.

/s/     DAVID LEWIS
        JUSTICE